

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00131-CV

———————————————

ANDREW RAYMOND AND DOLLAR BILL TAXES & MORE, LLC, Appellants

V.

LEIGHSA GIBSON, LMG PRO TAX, SERVICE BUREAU ACCELERATOR, SBACCEL PAYOUT LLC, Appellees

On Appeal from the 467th District Court
Denton County, Texas
Trial Court No. 25-4432-367

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On March 12, 2026, and April 29, 2026, we notified Appellants, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless Appellants paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellants have not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because Appellants have not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: May 28, 2026

---

[1] *See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).